**GAVRILOV & BROOKS**
Ognian Gavrilov SBN 258583
　　ognian@gavrilovlaw.com
Sheila Pendergast, SBN 251562
　　spendergast@gavrilovlaw.com
Benjamin Merritt, SBN 296577
　　bmerritt@gavrilovlaw.com
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877

Attorneys for Plaintiffs
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN, AND SHUSHANIK PASKEVICHYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAZMIK HOVSEPYAN; SUREN HOVSEPYAN: and SHUSHANIK PASKEVICHYAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GEICO GENERAL INSURANCE COMPANY; and DOES 1 through 15, inclusive,<br><br>　　　　Defendant. | Case No. 2:19-cv-00899-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE ALL DATES DUE TO CORONAVIRUS**<br><br>[Filed concurrently with Proposed Order] |

　　WHEREAS, the close of non-expert discovery in this matter is presently set for May 18, 2020;

　　WHEREAS, the close of expert discovery in this matter is presently set for November 17, 2020;

　　The deadline to disclose experts is July 17, 2020; and

　　The deadline to file dispositive motions is November 16, 2020;

WHEREAS, the depositions of multiple witnesses have yet to be taken;

WHEREAS, the depositions of these witness have timely been noticed by Plaintiffs;

WHEREAS, the State of California has announced a public health emergency that requires people to avoid congregating and to avoid non-essential travel;

WHEREAS, the depositions of the witnesses would require travel and the congregation of multiple people in a confined space for hours;

WHEREAS, the parties agree that the depositions should be canceled and rescheduled at a later time in light of the public health emergency;

WHEREAS, no trial date has yet been set in this matter;

WHEREAS, the parties have met and conferred and hereby stipulate and agree to ask the Court to modify the Scheduling Order by continuing all dates, including the expert and non-expert discovery cut off, filing deadline for dispositive motions, and expert disclosures deadline, for approximately four months, or as the Court finds appropriate, and without prejudice to requesting an additional extension of these dates should the public health emergency so require.

**IT IS SO STIPULATED.**

Dated: March 17, 2020

GAVRILOV & BROOKS

\_\_\_\_/s/ Sheila Pendergast_____
Ognian Gavrilov
Sheila Pendergast
Benjamin Merritt
Attorneys for Plaintiffs
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN, and SHUSHANIK PASKEVECHYAN

Dated: March 17, 2020        SHEPPARD MULLIN

　　　___/s/ Suzanne Badawi_____
　　　Suzanne Badawi
　　　Attorneys for GEICO GENERAL
　　　INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of the parties, the deadlines previously set by the Court in this case are hereby extended by one hundred twenty (120) days.

IT IS SO ORDERED.

DATED: March 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE