1
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JOHN T. BROOKS, Cal. Bar No. 167793
2
   jbrooks@sheppardmullin.com
501 West Broadway, 19th Floor
3
San Diego, California 92101-3598
Telephone:  619.338.6500
4
Facsimile:   619.234.3815

5
SUZANNE Y. BADAWI, Cal. Bar No. 194692
   sbadawi@sheppardmullin.com
6
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
7
Telephone:  213.620.1780
Facsimile:   213.620.1398
8

Attorneys for Defendant
9
GEICO General Insurance Company

10

GAVRILOV & BROOKS
11
Ognian Gavrilov, Cal. Bar No. 258583
   ognian@gavrilovlaw.com
12
Sheila Pendergast, Cal. Bar No. 251562
   spendergast@gavrilovlaw.com
13
Benjamin Merritt, Cal. Bar No. 296577
   bmerritt@gavrilovlaw.com
14
2315 Capitol Avenue
Sacramento, California 95816
15
Telephone:  (916) 504-0529
Facsimile:   (916) 727-6877
16

Attorneys for Plaintiffs
17
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN
and SHUSHANIK PASKEVICHYAN
18
UNITED STATES DISTRICT COURT
19
EASTERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| RAZMIK HOVSEPYAN; SUREN HOVSEPYAN: and SHUSHANIK PASKEVICHYAN, | Case No. 2:19-cv-00899-MCE-CKD |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE ALL DATES DUE TO CORONAVIRUS** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY; and DOES 1 through 15, inclusive, | |
| Defendants. | Complaint Filed:  September 18, 2018 |

21
22
23
24
25
26
27
28

-1-

1    **TO THE COURT:**

2    Plaintiffs Razmik Hovsepyan, Suren Hovsepyan and Shushanik Paskevichyan

3  ("plaintiffs") and Defendant GEICO General Insurance Company ("GEICO")

4  hereby submit this Stipulaton and [Proposed] Order to the Court for approval.

5    **WHEREAS,** the close of non-expert discovery in this matter is presently set

6  for September 15, 2020;

7    **WHEREAS,** the close of expert discovery in this matter is presently set for

8  March 17, 2021;

9    **WHEREAS,** the deadline to disclose experts is November 13, 2020; and

10    **WHEREAS,** the deadline to file dispositive motions is March 16, 2021;

11    **WHEREAS,** the Plaintiffs seek to take multiple depositions and the

12  depositions have timely been noticed by Plaintiffs;

13    **WHEREAS,** the State of California has announced a public health

14  emergency that requires people to avoid congregating and to avoid non-essential

15  travel;

16    **WHEREAS,** the depositions of the witnesses would require travel and the

17  congregation of multiple people in a confined space for hours;

18    **WHEREAS,** the parties agree that the depositions should proceed in **<u>late</u>**

19  **<u>August or early September 2020</u>**, assuming the virus situation gets better and not

20  worse, in light of the public health emergency;

21    **WHEREAS,** no trial date has yet been set in this matter;

22    **WHEREAS,** the parties have met and conferred and hereby stipulate and

23  agree that a continuance of all dates for four months will allow time for Plaintiffs to

24  take the depositions in late August or early September 2020, without coming up

25  against discovery and other cut off dates/deadlines.  Therefore, the parties ask the

26  Court to modify the Scheduling Order by continuing all dates, including the expert

27  and non-expert discovery cut off, filing deadline for dispositive motions, and expert

28

-2-

1  disclosures deadline, by four months, and without prejudice to requesting an

2  additional extension of these dates should the public health emergency so require.

3      **IT IS SO STIPULATED.**

4  Dated:  June 9, 2020        GAVRILOV & BROOKS

5

6                             By   */s/ Sheila Pendergast (as authorized on 6/9/20)*

7                                 SHEILA PENDERGAST

8                               Attorneys for Plaintiffs

9                        RAZMIK HOVSEPYAN; SUREN

10                     HOVSEPYAN; and SHUSHANIK

11                           PASKEVICHYAN

12  Dated:  June 9, 2020        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13

14                             By      */s/ Suzanne Y. Badawi*
                               SUZANNE Y. BADAWI

15

16                               Attorneys for Defendant
                       GEICO General Insurance Company

17

18                             **ORDER**

19      Pursuant to the stipulation of the parties, all the deadlines previously set by

20  the Court in this case, including the non-expert and expert discovery cut off, expert

21  disclosures and deadline for filing dispositive motions, are hereby extended by 120

22  days.

23      **IT IS SO ORDERED.**

24  **Dated:  June 15, 2020**

25

26  MORRISON C. ENGLAND, JR
            UNITED STATES DISTRICT JUDGE

27

28

    JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE ALL DATES