SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JOHN T. BROOKS, Cal. Bar No. 167793
    jbrooks@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815

SUZANNE Y. BADAWI, Cal. Bar No. 194692
    sbadawi@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant
GEICO General Insurance Company

GAVRILOV & BROOKS
Ognian Gavrilov, Cal. Bar No. 258583
    ognian@gavrilovlaw.com
Sheila Pendergast, Cal. Bar No. 251562
    spendergast@gavrilovlaw.com
Gregory O'Dea, Cal. Bar No. 110966
    godea@gavrilovlaw.com
2315 Capitol Avenue
Sacramento, California 95816
Telephone:  (916) 504-0529
Facsimile:   (916) 727-6877

Attorneys for Plaintiffs
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN
and SHUSHANIK PASKEVICHYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK HOVSEPYAN; SUREN HOVSEPYAN: and SHUSHANIK PASKEVICHYAN,<br><br>         Plaintiffs,<br><br>    v.<br><br>GEICO GENERAL INSURANCE COMPANY; and DOES 1 through 15, inclusive,<br><br>         Defendants. | Case No. 2:19-cv-00899-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE ALL DATES DUE TO CORONAVIRUS**<br><br>Complaint Filed:  September 18, 2018 |

**TO THE COURT:**

Plaintiffs Razmik Hovsepyan, Suren Hovsepyan and Shushanik Paskevichyan ("Plaintiffs") and Defendant GEICO General Insurance Company ("GEICO") hereby submit this Stipulation and [Proposed] Order to the Court for approval.

**WHEREAS,** the Parties had anticipated and agreed to take multiple depositions of GEICO witnesses in September 2020 believing that the COVID-19 Pandemic ("Pandemic") would have been under control by that time such that people could congregate and participate in non-essential travel;

**WHEREAS,** the Parties executed on June 9, 2020 a prior Stipulation to continue all dates accordingly;

**WHEREAS,** the Court granted that Stipulation on June 15, 2020 and ordered all deadlines extended by 120 days;

**WHEREAS,** the Pandemic is still not under control such that it would be safe to congregate, prepare, defend, and take depositions, and the State of California's public health emergency is still in place and requires people to avoid congregating and to avoid non-essential travel;

**WHEREAS,** the depositions of the witnesses would require travel and the congregation of multiple people in a confined space for hours for both review, preparation and taking/defending depositions;

**WHEREAS,** the close of non-expert discovery in this matter is presently set for January 13, 2021;

**WHEREAS,** the parties agree that the depositions should proceed in **<u>late January or early February 2021</u>**, at which time the parties are hopeful that the Pandemic gets better and not worse, in light of the public health emergency;

**WHEREAS,** no trial date has yet been set in this matter;

**WHEREAS,** the parties have met and conferred and hereby stipulate and agree that a continuance of all dates for four months will allow time for Plaintiffs to take the depositions in late January or early February 2021, without coming up

against discovery and other cut off dates/deadlines.  Therefore, the parties ask the Court to modify the Scheduling Order by continuing all dates, including the expert and non-expert discovery cut off, filing deadline for dispositive motions, and expert disclosures deadline, by four months, and without prejudice to requesting an additional extension of these dates should the public health emergency so require.

**IT IS SO STIPULATED.**

Dated:  September 21, 2020    GAVRILOV & BROOKS

By      */s/ Gregory O'Dea (as authorized on 9-21-20)*
            GREGORY O'DEA

Attorneys for Plaintiffs
RAZMIK HOVSEPYAN; SUREN HOVSEPYAN; and SHUSHANIK PASKEVICHYAN

Dated:  September 21, 2020    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By            */s/ Suzanne Y. Badawi*
            SUZANNE Y. BADAWI

Attorneys for Defendant
GEICO General Insurance Company

1

**ORDER**

2   Pursuant to the stipulation of the parties, all the deadlines previously set by
3 the Court in this case, including the non-expert and expert discovery cut off, expert
4 disclosures and deadline for filing dispositive motions, are hereby extended by 120
5 days.

6   **IT IS SO ORDERED.**

7 **Dated:  September 29, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28