**GAVRILOV & BROOKS**
Ognian Gavrilov SBN 258583
    ognian@gavrilovlaw.com
Gregory P. O'Dea  SBN 110966
    godea@gavrilovlaw.com
Sheila Pendergast, SBN 251562
    spendergast@gavrilovlaw.com
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile:  (916) 727-6877

Attorneys for Plaintiffs
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN, AND SHUSHANIK PASKEVICHYAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAZMIK HOVSEPYAN; SUREN HOVSEPYAN: and SHUSHANIK PASKEVICHYAN, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY; and DOES 1 through 15, inclusive, <br><br> Defendant. | Case No. 2:19-cv-00899-MCE-CKD <br><br> Hon. Morrison C. England, Jr. <br><br><br> **ORDER TO MODIFY THE SCHEDULING ORDER** |

Pursuant to the Court's Minute Order issued on April 22, 2021 (ECF No. [51]), and in accordance with the Parties' agreement, the following Order to Modify the Scheduling Order is hereby submitted:

| Deadline | Present Date | New Date |
|---|---|---|
| 1.  Fact Discovery Cut-off | May 13, 2021 | July 15, 2021 |

| | | |
|---|---|---|
| 2. Last Day to Serve Initial Expert Reports | July 9, 2021 | July 9, 2021 |
| 3. Last Day to Serve Rebuttal Expert Reports | August 9, 2021 | August 9, 2021 |
| 4. Last Day to Hear Dispositive Motions | November 10, 2021 | November 10, 2021 |
| 5. Expert Discovery Cut-Off | November 12, 2021 | September 9, 2021 |
| 6. Final Pretrial Conference | Not Currently Set | 30 days before trial date |
| 7. Trial | Not Currently Set | TBD |

IT IS SO ORDERED.

Dated: April 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE