**GAVRILOV & BROOKS**
Ognian Gavrilov SBN 258583
    ognian@gavrilovlaw.com
Kirill Tarasenko SBN 283986
    ktarasenko@gavrilovlaw.com
Gregory P. O'Dea SBN 110966
    godea@gavrilovlaw.com
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile:  (916) 727-6877

Attorneys for Plaintiffs
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN, AND SHUSHANIK PASKEVICHYAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK HOVSEPYAN; SUREN HOVSEPYAN: and SHUSHANIK PASKEVICHYAN, <br><br>            Plaintiffs, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY; and DOES 1 through 15, inclusive, <br><br>            Defendant. | Case No. 2:19-cv-00899-MCE-CKD <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE** |

WHEREAS, the close of fact discovery in this matter is presently set for July 15, 2021;

WHEREAS, the last day to disclose experts is July 9, 2021;

WHEREAS, the last day to disclose rebuttal experts is August 9, 2021;

WHEREAS, the last day for expert discovery is November 12, 2021; and

WHEREAS, the last day to hear Dispositive Motions is November 10, 2021;

WHEREAS, the depositions of eight witnesses were deferred by the parties due to the conditions imposed by the coronavirus and the public health emergency;

WHEREAS, the depositions of these eight witness have timely been noticed by Plaintiffs; Whereas the parties are working together to set the dates for these depositions to take place on mutually agreeable dates in July and August 2021 at this time;

WHEREAS, no Pretrial Conference has been set as yet in this matter;

WHEREAS, no trial date has yet been set in this matter;

WHEREAS, the parties have met and conferred and hereby stipulate and agree to ask the Court to modify the Scheduling Order by continuing the date to complete the depositions to August 21, 2021; all other deadlines to remain the same.

**IT IS SO STIPULATED.**

Dated: July 14, 2021

GAVRILOV & BROOKS

____/s/ Gregory P. O'Dea_____
Ognian Gavrilov
Sheila Pendergast
Gregory P. O'Dea
Attorneys for Plaintiffs
RAZMIK HOVSEPYAN, SUREN HOVSEPYAN, and SHUSHANIK PASKEVECHYAN

Dated: July 6, 2021

SHEPPARD MULLIN

___/s/ Suzanne Badawi_____
Suzanne Badawi
Attorneys for GEICO GENERAL INSURANCE COMPANY

**ORDER**

In accordance with the parties' stipulation, and good cause appearing, the deadline for completing fact discovery is hereby extended from July 15, 2021 to August 21, 2021. All other dates set forth in the operative Pretrial Scheduling Order remain the same.

IT IS SO ORDERED.

Dated: July 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE