**GAVRILOV & BROOKS**
Ognian Gavrilov SBN 258583
    ognian@gavrilovlaw.com
Kirill Tarasenko, SBN 283986
    ktarasenko@gavrilovlaw.com
Gregory P. O'Dea SBN 110966
    godea@gavrilovlaw.com
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Attorneys for Plaintiffs,
RAZMIK HOVSEPYAN, SUREN
HOVSEPYAN, AND SHUSHANIK
PASKEVICHYAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK HOVSEPYAN; SUREN HOVSEPYAN: and SHUSHANIK PASKEVICHYAN, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY; and DOES 1 through 15, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00899-MCE-CKD <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE** |

WHEREAS, the close of fact discovery in this matter is presently set for August 21, 2021;

WHEREAS, the last day to disclose experts was July 9, 2021;

WHEREAS, the last day to disclose rebuttal experts was August 9, 2021;

WHEREAS, the last day for expert discovery is November 12, 2021; and

WHEREAS, the last day to hear Dispositive Motions is November 10, 2021;

WHEREAS, the depositions of the witnesses were deferred by the parties due to the conditions imposed by the coronavirus and the public health emergency;

WHEREAS, the depositions of these two witnesses have timely been

JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE

1  noticed by Plaintiffs; Whereas the parties have worked together to set the dates for

2  these depositions to take place on mutually agreeable dates at the end of August

3  2021;

4        WHEREAS, no Pretrial Conference has been set as yet in this matter;

5        WHEREAS, no trial date has yet been set in this matter;

6        WHEREAS, the parties have met and conferred and hereby stipulate and

7  agree to ask the Court to modify the Scheduling Order by continuing the date to

8  complete the depositions to September 3, 2021; all other deadlines to remain the

9  same.

10       **IT IS SO STIPULATED.**

11  Dated: August 23, 2021            GAVRILOV & BROOKS

12

13                                    ____/s/ Gregory P. O'Dea_____
                                      Ognian Gavrilov
14                                    Sheila Pendergast
                                      Gregory P. O'Dea
15                                    Attorneys for Plaintiffs
                                      RAZMIK HOVSEPYAN, SUREN
16                                    HOVSEPYAN, and SHUSHANIK
17                                    PASKEVECHYAN

18  Dated: August 23, 2021            SHEPPARD MULLIN
19

20                                    ___/s/ Suzanne Badawi_____
                                      *(as authorized on 8-23-21)*
21                                    Suzanne Badawi
                                      Attorneys for GEICO GENERAL
22                                    INSURANCE COMPANY
23

        IT IS SO ORDERED.
24  Dated:  August 24, 2021

25

26  _____
    MORRISON C. ENGLAND, JR.
27  SENIOR UNITED STATES DISTRICT JUDGE

28

JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE